# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN ATTANASIO, LYNN MARIE POTOSKI, and DENISE GAITERI, on their own behalf and for all others similarly situated, <br><br> Plaintiffs, <br><br><br> COMMUNITY HEALTH SYSTEMS, INC., WYOMING VALLEY HEALTH CARE SYSTEM and WILKES-BARRE HOSPITAL CO., LLC, <br><br> Defendants. | CIVIL ACTION NO. 3:11-CV-582 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 27th day of March, 2011, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 25) is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The Motion is **GRANTED** as to Defendant Community Health Systems Inc. Defendant Community Health Systems is **DISMISSED**.

(2) The Motion is **DENIED** in all other respects.

The Plaintiffs shall have twenty-one (21) days from the date of this Order to file a further amended complaint solely as to allege Community Health Systems as an employer.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge