**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNN MARIE POTOSKI and DENISE GAITERI, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WYOMING VALLEY HEALTH CARE SYSTEM and WILKES-BARRE GENERAL HOSPITAL<br><br>Defendants. | NO. 3:11-CV-00582<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 15th day of March, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 189) filed by Defendants Wyoming Valley Health Care System and Wilkes-Barre General Hospital is **DENIED** as to the **Meal Break Class**.

(2) Defendants' Motion for Summary Judgment is **GRANTED** as to the **Uniform Class**.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge